**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Email: Lani@thaterlawgroup.com

*Attorney for Plaintiff*
PAUL OPROMOLLO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL OPROMOLLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01409-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 6-1, 6-2 and 7-1, Plaintiff PAUL OPROMOLLO ("Plaintiff") and Defendant MANDALAY CORP. dba MANDALAY BAY RESORT AND CASINO ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsels hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendants Motion for Summary Judgment (ECF No. 28) up to and including **March 21, 2018**.

Defendant's Reply to their Motion for Summary Judgment would be due on **April 4, 2018.**

///

///

-1-

This is the Parties' first request to extend the time for Plaintiff to file a response to Defendants Motion for Summary Judgment. This request is made to allow Plaintiff's counsel additional time to conduct depositions that fall during the current discovery period. This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 2nd day of March, 2018.

**THE THATER LAW GROUP, P.C.**

BY: /s/ M. Lani Esteban-Trinidad, Esq.
M. LANI ESTEBAN-TRINIDAD, ESQ.
Nevada Bar No. 006967
6390 West Cheyenne Ave., Suite A
Las Vegas, NV 89108
Tel: (702) 736-5297
Fax: (702) 736-5299

*Attorney for Plaintiff*
PAUL OPROMOLLO

Dated this 2nd day of March, 2018.

**LITTLER MENDELSON, P.C.**

BY: /s/ Z. Kathryn Branson, Esq.
PATRICK H. HICKS, ESQ.
Nevada Bar No. 004632
Z. KATHRYN BRANSON, ESQ.
Nevada Bar No. 11540
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Tel: (702) 862-8800
Fax: (702) 862-8811

*Attorneys for Defendant*
MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 9, 2018