**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad, Esq.
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Suite A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Email: Lani@thaterlawgroup.com

*Attorney for Plaintiff*
PAUL OPROMOLLO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL OPROMOLLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01409-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1, 6-2 and 7-1, Plaintiff PAUL OPROMOLLO ("Plaintiff") and Defendant MANDALAY CORP. dba MANDALAY BAY RESORT AND CASINO ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsels hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendant's Motion for Summary Judgment (ECF No. 28) up to and including **March 28, 2018.**

Defendant's Reply to their Motion for Summary Judgment would be due on **April 18, 2018.**

/ / /

/ / /

-1-

This is the Parties' second request to extend the time for Plaintiff to file a response to Defendants Motion for Summary Judgment. This request is made to allow Plaintiff's counsel to take two additional depositions on March 23, 2018, during the discovery period which ends on April 2, 2018, and obtain rough deposition transcripts of the same.

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 21st day of March, 2018.                     Dated this 21st day of March, 2018.

**THE THATER LAW GROUP, P.C.**                          **LITTLER MENDELSON, P.C.**

BY: /s/ M. Lani Esteban-Trinidad, Esq.                  BY: /s/ Z. Kathryn Branson
M. LANI ESTEBAN-TRINIDAD, ESQ.                          PATRICK H. HICKS, ESQ.
Nevada Bar No. 006967                                   Nevada Bar No. 004632
6390 West Cheyenne Ave., Suite A                        Z. KATHRYN BRANSON, ESQ.
Las Vegas, NV 89108                                     Nevada Bar No. 11540
Tel: (702) 736-5297                                     3960 Howard Hughes Parkway, Suite 300
Fax: (702) 736-5299                                     Las Vegas, NV 89169-5937
                                                        Tel: (702) 862-8800
*Attorney for Plaintiff*                                Fax: (702) 862-8811
PAUL OPROMOLLO

                                                        *Attorneys for Defendant*
                                                        MANDALAY CORP. d/b/a MANDALAY
                                                        BAY RESORT AND CASINO

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-23-2018