# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PAUL OPROMOLLO,<br><br>        Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO,<br><br>        Defendant. | 2:17-cv-01409-VCF<br>**ORDER** |

Before the Court is the Emergency Motion to Compel Depositions of Mark Prows and Chuck Bowling (ECF No. 33).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Compel Depositions of Mark Prows and Chuck Bowling (ECF No. 33) must be filed on or before April 9, 2018. Any reply in support of the Emergency Motion to Compel Depositions of Mark Prows and Chuck Bowling (ECF No. 33) must be filed on or before April 16, 2018.

IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Compel Depositions of Mark Prows and Chuck Bowling (ECF No. 33) is scheduled for 2:00 PM, April 18, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that the briefing on the Motion for Summary Judgment is stayed until further order from the court.

DATED this 28th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE