# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| PAUL OPROMOLLO,<br><br>        Plaintiff,<br><br>vs.<br><br>MANDALY CORP. d/b/a MANDALAY BAY RESORT AND CASINO,<br><br>        Defendants. | 2:17-cv-01409-VCF<br>**ORDER** |

      Before the Court is Plaintiff's Response to Notice of Non-Opposition to Defendant's Motion for Summary Judgment (ECF No. 40). This response will be treated as a motion for an extension of time. Plaintiff has given sufficient reason to grant an extension to June 25, 2018 to file an opposition to the Motion for Summary Judgment (ECF No. 28).

      Accordingly, and for good cause shown,

      IT IS HEREBY ORDERED that any opposition to the Motion for Summary Judgment (ECF No. 28) must be filed on or before June 25, 2018.

      DATED this 18th day of June, 2018.

                                                                                            CAM FERENBACH
                                                                                          UNITED STATES MAGISTRATE JUDGE