PATRICK H. HICKS, ESQ., Bar # 004632
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Attorneys for Defendant
Email: phicks@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL OPROMOLLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01409-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff PAUL OPROMOLLO ("Plaintiff") and Defendant MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to an extension to the deadline for Defendant to file a Reply in support of its Motion for Summary Judgment (**ECF No. 28**) which is currently due on July 9, 2018. The parties agree to an extension of one week, up to and including **July 16, 2018**. This is the first stipulation for an extension of time to file the reply brief.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This Stipulation is made in good faith and not for purposes of delay as Defense Counsel will be on a pre-planned vacation when Plaintiff's opposition is due.

Dated: June 19, 2018

Respectfully submitted,

*/s/ M. Lani Esteban-Trinidad*
M. LANI ESTEBAN-TRINIDAD
THE THATER LAW GROUP, P.C.

Attorneys for Plaintiff

Dated: June 19, 2018

Respectfully submitted,

*/s/ Z. Kathryn Branson*
PATRICK H. HICKS, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
HIRERIGHT, LLC

**IT IS SO ORDERED.**

Dated this 20th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

Firmwide:155403243.1 060736.1118

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.