# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| PAUL OPROMOLLO,<br><br>        Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO,<br><br>        Defendant. | 2:17-cv-01409-VCF<br>**ORDER** |

Before the Court is Defendant's Motion for Summary Judgment (ECF No. 28).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Summary Judgment (ECF No. 28) is scheduled for 2:00 PM, July 26, 2018, in Courtroom 3D.

DATED this 17th day of July, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE