# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| PAUL OPROMOLLO,<br><br>        Plaintiff,<br><br>vs.<br><br>MANDALY CORP. d/b/a MANDALAY BAY RESORT AND CASINO; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>        Defendants. | 2:17-cv-01409-VCF<br>**ORDER** |

Before the Court is the Stipulation to Schedule a Settlement Conference (ECF No. 49).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on the Stipulation to Schedule a Settlement Conference (ECF No. 49) is scheduled for 11:00 AM, August 23, 2018.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 16th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE