PATRICK H. HICKS, ESQ., Bar # 004632
Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Attorneys for Defendant
Email: phicks@littler.com
Email: kbranson@littler.com

Attorneys for Defendant
MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO

THE THATER LAW GROUP, P.C.
M. Lani Esteban-Trinidad, Bar # 006967
7000 Smoke Ranch Road, Suite C
Las Vegas, Nevada 89128
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Email: Lani@ThaterLawGroup.com

Attorneys for Plaintiff
PAUL OPROMOLLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL OPROMOLLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01409-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1 and LR II 7-1 and 26-4, Plaintiff PAUL OPROMOLLO ("Plaintiff") and Defendant MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO ("Defendant"), by and through their respective counsel, do hereby stipulate and agree to an

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

extension to the deadline to file Joint Pretrial Order which is currently due on August 31, 2018 (30 days after the Motion for Summary Judgment ruling (ECF No. 48) per LR II 26-1(5)). The parties agree to an extension of ninety (90) days, up to and including **Thursday, November 29, 2018**. This is the first stipulation for an extension of time to file the Joint Pretrial Order.

This Stipulation is supported by good cause as required by LR II 26-4, as the parties have agreed to participate in a judicial settlement conference. A Stipulation requesting that a settlement conference be scheduled by this Court is being filed concurrently herewith. This Stipulation is made in good faith and not for purposes of delay.

Dated: August 15, 2018

Respectfully submitted,

/s/ M. Lani Esteban-Trinidad
M. LANI ESTEBAN-TRINIDAD
THE THATER LAW GROUP, P.C.

Attorneys for Plaintiff

Dated: August 15, 2018

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
PATRICK H. HICKS, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO

**IT IS SO ORDERED.**

Dated this 16th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FEHRENBACH

Firmwide:156457548.1 060736.1118

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800