# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| PAUL OPROMOLLO,<br><br>        Plaintiff,<br><br>vs.<br><br>MANDALAY CORP.,<br><br>        Defendant, | 2:17-cv-01409-VCF<br>**<u>ORDER</u>** |

The parties have reached a settlement agreement in this case. (ECF NO. 59).

Accordingly,

IT IS HEREBY ORDERED that the calendar call and trial scheduled for February 11, 2019 and February 25, 2019, are VACATED.

DATED this 13th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE