| | |
|---|---|
| 1 | PATRICK H. HICKS, ESQ., Bar # 004632 |
| | Z. KATHRYN BRANSON, ESQ., Bar # 11540 |
| 2 | LITTLER MENDELSON, P.C. |
| | 3960 Howard Hughes Parkway |
| 3 | Suite 300 |
| | Las Vegas, NV 89169-5937 |
| 4 | Telephone: 702.862.8800 |
| | Fax No.: 702.862.8811 |
| 5 | Attorneys for Defendant |
| | Email: phicks@littler.com |
| 6 | Email: kbranson@littler.com |

Attorneys for Defendant
MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO

THE THATER LAW GROUP, P.C.
M. Lani Esteban-Trinidad, Bar # 006967
7000 Smoke Ranch Road, Suite C
Las Vegas, Nevada 89128
Telephone: (702) 736-5297
Facsimile: (702) 736-5299
Email: Lani@ThaterLawGroup.com

Attorneys for Plaintiff
PAUL OPROMOLLO

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAUL OPROMOLLO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:17-cv-01409-VCF<br><br>**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE** |

Defendant MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO ("Defendant") and Plaintiff PAUL OPROMOLLO ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and that neither party will seek any attorney's fees or costs pursuant to any rule, statute, or law, whether local, state, or federal.

Dated: December 18, 2018

Respectfully submitted,

/s/ M. Lani Esteban-Trinidad, Esq.
M. LANI ESTEBAN-TRINIDAD
THE THATER LAW GROUP, P.C.

Attorneys for Plaintiff
PAUL OPROMOLLO

Dated: December 18, 2018

Respectfully submitted,

/s/ Z. Kathryn Branson, Esq.
PATRICK H. HICKS, ESQ.
Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
MANDALAY CORP. d/b/a MANDALAY BAY RESORT AND CASINO

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FEHRENBACH

FIRMWIDE:161114824.1 060736.1118

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800